IN THE UNITED STATES DISTRICT COURT
DISTRICT COURT OF MARYLAND

| | |
|---|---|
| CAROLYN HALL, | * |
| Plaintiff, | * |
| v. | * Case No. 1:22-cv-03261-BPG |
| SHEPPARD PRATT HEALTH SYSTEM, INC. | * |
| Defendant. | * |

**Joint Initial Report**

Pursuant to the Court's Scheduling Order Plaintiff, Carolyn Hall ("Plaintiff"), and Defendant Sheppard Pratt Health System, Inc. ("Defendant" or "Sheppard Pratt"), by and through their respective counsel, hereby submit this joint initial report and state as follows:

1. At this time, the parties do request a settlement/ADR conference.

2. The parties agree that there is some amount of discovery of electronically stored information implicated in the matter, and the parties agree to further confer on the scope and delivery of electronically stored information as discovery progresses.

3. The parties do not request any modifications to the Scheduling Order.

4. The parties agree to defer expert discovery until after summary judgment motions are resolved.

5. The parties request that each side be allowed a total of 20 deposition hours.

Date: February 3, 2023                                    Respectfully submitted,

|  |  |
|---|---|
|        /S/        |        /S/        |

Theresa Kraft, Bar No. 25984  
(Signed by Paul Burgin with authorization of Theresa Kraft)  
Wilt & Kraft, PLLC  
1629 K Street NW, Suite 300  
(202) 508-3648 (office)  
(603) 568-2464 (cell)  
TKraft@WiltandKraft.com  

*Attorney for Plaintiff*  

(*Signed by Paul Burgin with Permission of Theresa Kraft*)

Teresa D. Teare, Bar No. 28055  
Paul D. Burgin, Bar No. 20228  
SHAWE ROSENTHAL, LLP  
One South Street, Suite 1800  
Baltimore, MD 21202  
(410) 752-1040  
tdt@shawe.com  
pdb@shawe.com  

*Attorneys for Defendant*